UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THADDEUS COLLEY,

    Plaintiff,

v.

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. 24-cv-01176-JST

**ORDER OF DISMISSAL**

On or about February 28, 2024, Plaintiff commenced this action by filing a complaint with the Court. ECF No. 1. That same day, the Court sent Plaintiff a notice that the action was deficient because he had not paid the filing fee or filed an application for leave to proceed *in forma pauperis*. ECF No. 4. The Court informed Plaintiff that he should correct this deficiency by March 27, 2024, or the action would be dismissed. *Id.* The Court sent Plaintiff a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Plaintiff has not filed an *in forma pauperis* application, or paid the filing fee, or otherwise communicated with the Court. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated: June 12, 2024

_____
JON S. TIGAR
United States District Judge